IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| JONATHAN K. YU | * | |
| | * | |
| Plaintiff, | * | Case No. 8:11-cv-03078-JFM |
| | * | |
| v. | * | |
| | * | |
| NATIONWIDE CREDIT CORPORATION | * | |
| | * | |
| Defendant | * | |

**NOTICE OF SETTLEMENT**

PLEASE BE ADVISED that the above-named Plaintiff and Defendant have preliminarily settled the adversary proceeding on all issues. The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately ten to fifteen days.

Respectfully submitted this 21st day of November, 2011.

**/s/ Robinson S. Rowe**
Robinson S. Rowe, Bar No. #27752
5906 Hubbard Drive, Suite 4-A
Rockville, MD 20852
TEL: 301-770-4710 / FAX: 301-770-4711
rrowe@rowepllc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Notice of Settlement was served electronically on this 21st day of November, 2011, on:

John H. Bedard, Jr.
Bedard Law Group, P.C.
2810 Peachtree Industrial Blvd., Suite D
Duluth, Georgia 30097

**/s/ Robinson S. Rowe**